2 So.2d 319

### John ARNOLD v. STATE.

#### I Div. 148.

Supreme Court of Alabama.

April 17, 1941.

Rehearing Denied May 22, 1941.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for the petition.

Bart B. Chamberlain, Jr., of Mobile, opposed.

FOSTER, Justice.

Petition for certiorari by the State, on relation of the Attorney General, to revise the judgment and decision of the Court of Appeals in the case of John Arnold v. State of Alabama, 2 So.2d 316, which petition is denied.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.

2 So.2d 461

### R. W. DUNCAN v. Lonnie STEEL.

#### 8 Div. 119.

Supreme Court of Alabama.

May 22, 1941.

W. L. Chenault, of Russellville, for petitioner.

J. Foy Guin, of Russellville, opposed.

GARDNER, Chief Justice.

Petition of R. W. Duncan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Duncan v. Steel, 2 So.2d 460.

Writ denied.

BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.